MARY MENSCHING, Respondent, *v.* JAMES H. CURTIN, Appellant.

APPEAL from orders of Special Term, denying defendant's motion to serve amended answer, and also further appeal from a judgment against defendant.

Richard F. Price, for appellant.

Hanford S. Weed, for respondent.

*Per Curiam.* Orders appealed from affirmed, with costs.

Present: FITZSIMONS, Ch. J., and O'DWYER, J.

Orders affirmed, with costs.

---

ELLIS F. EDGAR, Respondent, *v.* AUGUSTUS CLASON, Impleaded, etc., Appellant.

APPEAL from a judgment entered upon a verdict of a jury directed by the court.

Kellogg, Rose & Smith, for appellant.

Charles S. Bloomfield, for respondent.

*Per Curiam.* Judgment appealed from affirmed, with costs.

Present: FITZSIMONS, Ch. J., CONLAN and O'DWYER, JJ.

Judgment affirmed, with costs.